

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00147-CR

ANDREW STEPHEN PEREZ                 APPELLANT

V.

THE STATE OF TEXAS                 STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

----------

### CONCURRING MEMORANDUM OPINION[1]

----------

Because the majority opinion does not address appellant's two remaining issues, I concur.

When a case is reversed, we are required only to address those issues that are dispositive. *See* Tex. R. App. P. 47.1. However, when a case is remanded, potentially for a new trial, we are to address those issues likely to recur if appellant is retried for the same offense. *Davis v. State*, 144 S.W.3d 192,

---

[1]*See* Tex. R. App. P. 47.4.

201 (Tex. App.—Fort Worth 2004, pet. ref'd) (op. on reh'g).  Because the majority does not address these two issues, I concur in the opinion, but join in the result and judgment.


                                                TERRIE LIVINGSTON
                                                CHIEF JUSTICE

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 25, 2013